# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN BROWN, | Case No.  1:20-cv-00721-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF Nos. 2, 3) |
| | TWENTY DAY DEADLINE |

Anna Lynn Brown ("Plaintiff") filed a complaint in this action seeking review of the final decision of the Commissioner of Social Security denying disability benefits.  (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed two applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The two applications appear to be identical. Plaintiff's application does not provide sufficient information for the Court to determine if she is entitled to proceed in this action without prepayment of fees.

In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that she "is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a)(1).  Other than the box indicating that Plaintiff receives income from other sources, Plaintiff did not check the boxes indicating whether she receives any income from any other source such as a business or profession, rent, pension, disability, inheritance, etc.  The Court is

unable to determine if Plaintiff is entitled to proceed without prepayment of fees based upon the information provided on the application.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.      Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;

2.      The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3.      Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4.      If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   __**May 26, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE