# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-00721-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE STATEMENT OF OPPOSITION OR NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE LETTER BRIEF<br><br>(ECF No. 16)<br><br>THREE DAY DEADLINE |

On May 22, 2020, Anna Lynn Brown ("Plaintiff") filed this action seeking judicial review of a final decision of the Defendant Commissioner of Social Security ("Defendant" or "Commissioner") denying her application for disability benefits pursuant to the Social Security Act. On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record. E.D. Cal. G.O. No. 615. On November 6, 2020, Defendant filed a certified copy of the administrative record. (ECF No. 14.) On November 9, 2020, the Court advised the parties of the lifting of the stay of this action with the filing of the administrative record. (ECF No. 15.)

On December 6, 2020, Plaintiff filed a motion for a sixty (60) day extension in order to

serve a confidential letter brief on Defendant. (ECF No. 8.) The filing does not indicate whether Defendant opposes such request for an extension. (Id.) The Court shall order Defendant to submit a filing stating whether they oppose Plaintiff's motion.

  Accordingly, IT IS HEREBY ORDERED that Defendant shall file a statement indicating whether they oppose Plaintiff's motion for an extension of the briefing schedule within three days of entry of this order.

IT IS SO ORDERED.

Dated: **December 7, 2020**

UNITED STATES MAGISTRATE JUDGE

2