1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ANNA LYNN BROWN, | Case No.  1:20-cv-00721-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO FILE STATEMENT OF OPPOSITION OR NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 21) |
| | FIVE DAY DEADLINE |

18    On May 22, 2020, Anna Lynn Brown ("Plaintiff") filed this action seeking judicial

19 review of a final decision of the Defendant Commissioner of Social Security ("Defendant" or

20 "Commissioner") denying her application for disability benefits pursuant to the Social Security

21 Act.  On March 11, 2021, the day the opening brief was due, Plaintiff filed a motion for a sixty

22 (60) day extension in order to file the opening brief in this action.  (ECF No. 21.)  The motion

23 indicates that counsel is "asking for more time because due to some issues in January and

24 February, I am now trying to catch-up on other pressing deadlines and cases."  (Id.)  The filing

25 does not indicate whether Defendant opposes such request for an extension.  (Id.)  The Court

26 shall order Defendant to submit a filing stating whether they oppose Plaintiff's motion.

27    The Court notes that in this action, Plaintiff has previously filed a motion for a sixty (60)

28 day extension of time to file a confidential letter brief.  (ECF No. 16.)  In response to that earlier

1  motion, the Court also ordered Defendant to file a statement of opposition or non-opposition, and

2  the Court ultimately granted a thirty (30) day extension, and notified the Plaintiff that, as stated

3  in the scheduling order, the Court does not routinely grant modifications to the scheduling order

4  outside of one stipulated thirty (30) day extension.  (ECF Nos. 8 at 4; 17, 19.)  The Court advises

5  Plaintiff that the more prudent course of action is to meet and confer with the opposing party

6  regarding an extension of time, and file a stipulated request for an extension if possible.

7       Accordingly, IT IS HEREBY ORDERED that Defendant shall file a statement indicating

8  whether they oppose Plaintiff's motion for an extension of the briefing schedule within five (5)

9  days of entry of this order.

10

11  IT IS SO ORDERED.

12  Dated:   **March 12, 2021**

UNITED STATES MAGISTRATE JUDGE

2