# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:20-cv-00721-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FIVE DAY DEADLINE |

On May 22, 2020, Anna Lynn Brown ("Plaintiff") filed this action seeking judicial review of a final decision of the Defendant Commissioner of Social Security ("Defendant" or "Commissioner") denying her application for disability benefits pursuant to the Social Security Act. On March 16, 2021, an order issued granting Plaintiff's motion for a sixty (60) day extension in order to file the opening brief in this action. (ECF Nos. 21, 24.) Plaintiff was ordered to file her opening brief on or before May 10, 2021. (ECF No. 24.) The deadline to file the opening brief has passed and Plaintiff has neither filed a brief or requested a further extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Plaintiff SHALL SHOW CAUSE IN WRITING why this action should not be dismissed for failure to prosecute within **five (5) days** of the date of service of this order. Failure to comply with this order to show cause shall result in the recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **May 17, 2021**

UNITED STATES MAGISTRATE JUDGE