# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00721-SAB<br><br>ORDER DISCHARGING ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 25, 26) |

On May 22, 2020, Anna Lynn Brown ("Plaintiff") filed this action seeking judicial review of a final decision of the Defendant Commissioner of Social Security ("Defendant" or "Commissioner") denying her application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On May 17, 2021, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to file an opening brief in compliance with a March 16, 2021 order granting her request for an extension of time. (ECF Nos. 21, 24.) Plaintiff filed a response to the order to show cause on May 19, 2021. (ECF No. 26.)

Based on Plaintiff's response to the May 17, 2021 order, the Court shall discharge the order to show cause and extend the briefing schedule for this matter.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The May 17, 2021 order to show cause is DISCHARGED;
2. Plaintiff shall file her opening brief on or before **June 1, 2021**;
3. Defendant shall file a response to the opening brief on or before **July 1, 2021**; and
4. Plaintiff's reply, if any, shall be filed on or before **July 16, 2021**.

IT IS SO ORDERED.

Dated: **May 19, 2021**

UNITED STATES MAGISTRATE JUDGE