# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LYNN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00721-SAB<br><br>ORDER REQUIRING DEFENDANT TO SUBMIT FILING INDICATING WHETHER THEY OPPOSE EXTENSION OF TIME<br><br>THREE DAY DEADLINE |

On July 10, 2021, Plaintiff filed a motion for an extension of twenty (20) days to file a reply brief. (ECF No. 30.) Based on the reasons provided in the request, the Court is unlikely to grant anything beyond a fifteen (15) day extension. Additionally, the Court shall require Defendant to submit a statement of non-opposition or an opposition to the requested extension within three (3) days.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a statement of opposition or non-opposition to the motion for extension of time on or before July 15, 2021.

IT IS SO ORDERED.

Dated:  **July 12, 2021**

UNITED STATES MAGISTRATE JUDGE

1